UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KJONNA OGGS, CDCR #AG-6164,<br><br>Plaintiff,<br><br>v.<br><br>O. NAVARRO, Correction Officer, et al.,<br><br>Defendants. | Case No.: 18CV01361-CAB-LL<br><br>**ORDER DENYING PLAINTIFF'S REQUEST AS PREMATURE**<br><br>[ECF No. 13] |

On November 23, 2018, *nunc pro tunc*, Plaintiff filed a "Notice/Motion Request for A.D.R. Project Court Ordered Immediate Settlement Conference" (hereinafter "Motion"), which the Court accepted on discrepancy on November 28, 2018. ECF No. 13. In the Motion, Plaintiff requests "an expedited settlement conference." Id. Specifically, Plaintiff "moves the Court for undersigned to refer this case to Post-Screening ADR Project." Id. The Court construes this request as an *ex parte* motion for an expedited settlement conference. In support, Plaintiff argues that "he is currently a pro se inmate with severe mental health disabilities and has to receive reading assistance to litigate this case . . . ." Id. Plaintiff also notes that he "is making this request in an effort to resolve this case more expeditiously and less expensively . . . ." Id.

Petitioner's motion is **DENIED AS PREMATURE**. As of now, Defendants have not been served with or filed a response to Plaintiff's Complaint. See Docket.

1

On September 17, 2018, Judge Bencivengo ordered "Defendants, once they have been served, to reply to Plaintiff's Complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a)." ECF No. 9 at 8.  Plaintiff acknowledges in his motion that Defendants have not yet been served. ECF No. 13. Plaintiff notes "[a]s soon as this matter may be heard and upon U.S. Marshalls [sic] completing service on defendants and defendants filing their answer to complaint plaintiff moves the court for undersigned to refer this case to Post-Screening ADR Project (Alternative Dispute Resolution) Project." Id.  Judge Bencivengo's September 17, 2018 Order provides that "once [Defendants] have been served, [they are ordered] to reply to Plaintiff's Complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a)." ECF No. 9.

Given the foregoing, the Court finds that Plaintiff's motion is premature because Defendants have not yet been served with the Complaint or answered the Complaint.  The Court therefore **DENIES** the motion without prejudice.

**IT IS SO ORDERED.**

Dated:  November 29, 2018

_____
Honorable Linda Lopez
United States Magistrate Judge